| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Steven R. Acker<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–6176 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 7    4/15/25 |
| Case number: | 25–13932–CMG | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Steven R. Acker | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 128 Pendleton Place<br>Old Bridge, NJ 08857 | |
| 4. | **Debtor's attorney**<br>Name and address | Moshie Solomon<br>Law Offices of Moshie Solomon, P.C.<br>2 University Plaza<br>Suite 100<br>Hackensack, NJ 07601 | Contact phone 201–705–1470<br>Email:  msolomon@moshiesolomonlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Contact phone (609) 695–6070 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676-6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609-858-9333<br><br>Date: 4/16/25 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 19, 2025 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 487 460 4552, Click on JOIN using passcode 9525653870, or call 1-862-406-2193**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/18/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-13932-CMG

Steven R. Acker  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Apr 16, 2025 | Form ID: 309A | Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven R. Acker, 128 Pendleton Place, Old Bridge, NJ 08857-2887 |
| 520621531 | + | Carol Crimoli, Crimoli Property Management, 28 Riverside Avenue, Suite 10H, Red Bank, NJ 07701-1080 |
| 520621533 | + | Customers Bank, 40 General Warren Blvd., Malvern, PA 19355-1251 |
| 520621534 | + | DeCicco & Associates, Alfonso DeCicco, Esq., 259 Liberty Avenue, Staten Island, NY 10305-1217 |
| 520621536 | + | East Hudson Capital, LLC D/B/A Global Capital, 27-01 Queens Plaza North, Suite 802, Long Island City, NY 11101-4020 |
| 520621537 | #+ | Elite Dental of Staten Island, P.C., 2291 Victory Blvd., Staten Island, NY 10314-6625 |
| 520621538 | | First Citizens Bank and Trust Co., PO Box 550599, Jacksonville, FL 32255-0599 |
| 520621543 | + | Kathy Acker, 410 Lukas Blvd., Morganville, NJ 07751-9741 |
| 520621544 | + | Lending Club Corporation, 3440 Flair Drive, El Monte, CA 91731-2823 |
| 520621546 | + | LendingClub Bank, National Association, 2701 N Thanksgiving Way, Suite 300, Lehi, UT 84043-6331 |
| 520621547 | + | Mazda Financial Service, Credit Dispute Research Team MFS c/o Con, PO Box 650022, Dallas, TX 75265-0022 |
| 520621549 | + | Nancy Hartrick, 4137 Arlington Drive, Royal Oak, MI 48073-6303 |
| 520621553 | + | ODK Capital, LLC (OnDeck), 4700 W. Daybreak Pkwy., Suite 200, South Jordan, UT 84009-5133 |
| 520621554 | + | Petrone Associates, 728 Castleton Ave., Staten Island, NY 10310-1803 |
| 520621555 | + | Ronald and Jacqueline Acker, 35 Harvard Court, White Plains, NY 10605-1603 |
| 520621557 | + | Scaran, 6767 Amboy Road, Staten Island, NY 10309-3190 |
| 520622204 | + | Sima and Chintan Patel, 345 Ticetown Road, Old Bridge, NJ 08857-3272 |
| 520621559 | + | The Otterbeck Law Firm, c/o Harold J. Otterbeck, Esq., 939 Huguenot Avenue, Staten Island, NY 10312-4312 |
| 520621562 | + | U.S. Small Business Administration (New Jerse, ATTN: District Counsel, Two Gateway Center, Suite 1002, Newark, NJ 07102-5006 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: msolomon@moshiesolomonlaw.com | Apr 16 2025 21:22:00 | Moshie Solomon, Law Offices of Moshie Solomon, P.C., 2 University Plaza, Suite 100, Hackensack, NJ 07601 |
| tr | + | EDI: BADOBIN.COM | Apr 17 2025 00:53:00 | Andrea Dobin, McManimon, Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 16 2025 21:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 16 2025 21:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520621525 | | EDI: MAXMSAIDV | Apr 17 2025 00:53:00 | Aidvantage - Federal Student Aid Loan Servici, P.O. Box 300001, Greenville, TX 75403-3001 |
| 520621526 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 21:41:57 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520621527 | + | Email/Text: bankruptcies@bayfirstfinancial.com | Apr 16 2025 21:23:00 | BayFirst National Bank, 700 Central Avenue, |

Case 25-13932-CMG    Doc 4    Filed 04/18/25    Entered 04/19/25 00:15:40    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2025 | Form ID: 309A | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | Saint Petersburg, FL 33701-3631 |
| 520621528 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 16 2025 21:30:54 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 520621532 | | Email/Text: skeller@crossriver.com | Apr 16 2025 21:22:00 | Cross River Bank, Attn: Legal Department, 400 Kelby Street, 14th Floor, Fort Lee, NJ 07024 |
| 520621529 | | EDI: CAPITALONE.COM | Apr 17 2025 00:53:00 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520621530 | + | EDI: CAPITALONE.COM | Apr 17 2025 00:53:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520621533 | ^ | MEBN | Apr 16 2025 21:41:34 | Customers Bank, 40 General Warren Blvd., Malvern, PA 19355-1251 |
| 520621535 | + | EDI: MAXMSAIDV | Apr 17 2025 00:53:00 | Dept of Ed/Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 520621539 | | Email/Text: Bankruptcy@FMAAlliance.com | Apr 16 2025 21:23:00 | FMA Alliance LTD., 12339 Cutten Road, Houston, TX 77066 |
| 520621540 | | EDI: IRS.COM | Apr 17 2025 00:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520621541 | + | Email/Text: bankruptcy@kapitus.com | Apr 16 2025 21:23:00 | Kapitus LLC, 2500 Wilson Blvd., Suite 350, Arlington, VA 22201-3873 |
| 520621542 | + | Email/Text: bankruptcy@kapitus.com | Apr 16 2025 21:23:00 | Kapitus Servicing, Inc., 2500 Wilson Blvd., Suite 350, Arlington, VA 22201-3873 |
| 520621545 | | EDI: LENDNGCLUB | Apr 17 2025 00:53:00 | LendingClub Bank NA, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 520621548 | ^ | MEBN | Apr 16 2025 21:40:40 | Mazda Financial Services, PO Box 330, Williamsville, NY 14231-0330 |
| 520621552 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 16 2025 21:23:00 | NYS Department of Taxation and Finance, Bankruptcy/Special Procedures Section, PO Box 5300, Albany, NY 12205-0300 |
| 520621550 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 16 2025 21:22:00 | New Jersey Division of Taxation, Compliance a, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520621551 | ^ | MEBN | Apr 16 2025 21:42:14 | New Vista Capital, LLC, c/o Isaac H. Greenfield, Esq., 2 Executive Blvd., Suite 305, Suffern, NY 10901-8219 |
| 520621556 | + | Email/Text: william_cooper@SanFranciscoFCU.com | Apr 16 2025 21:23:00 | San Francisco Federal Credit Union, 770 Golden Gate Avenue, San Francisco, CA 94102-3195 |
| 520621558 | + | Email/Text: BhamBankruptcy@sba.gov | Apr 16 2025 21:22:00 | Small Business Administration, Disaster Loan Servicing Center, 2 North 20th St., Suite 320, Birmingham, AL 35203-4002 |
| 520621563 | | Email/Text: bknotice@upgrade.com | Apr 16 2025 21:22:00 | Upgrade Inc., 275 Battery Street, 22nd Floor, San Francisco, CA 94111-3305 |
| 520621561 | | EDI: USBANKARS.COM | Apr 17 2025 00:59:00 | U.S. Bank, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 520621560 | | EDI: USBANKARS.COM | Apr 17 2025 00:59:00 | U.S. Bank, P.O. Box 6352, Fargo, ND 58125-6352 |
| 520621564 | + | EDI: LCIUPSTART | Apr 17 2025 00:53:00 | Upstart Loan Operations, PO Box 1503, San Carlos, CA 94070-7503 |
| 520621565 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 16 2025 21:41:57 | Wells Fargo SBL, PO Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 29

Case 25-13932-CMG    Doc 4    Filed 04/18/25    Entered 04/19/25 00:15:40    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2025 | Form ID: 309A | Total Noticed: 47 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Moshie Solomon | on behalf of Debtor Steven R. Acker msolomon@moshiesolomonlaw.com r56616@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3